UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 15CV1333

__Joel Edgar Santos__

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

109th Precinct Flushing N.Y 11355
Detective Jim Yong Sim Badge # 20955
Sergeant Benebenti   3p.m-11p.m Shift
#1 Detectine John Doe 3.p.m-11p.m Shift
#2 Detective John Doe 3p.m-11p.m Shift
#3 Detective John Doe 3p.m-11p.m Shift

All indivisuals named worked on April
25th,2013.

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

I.      Parties in this complaint:

A.      List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff       Name        Joel Edgar Santos

ID #   14A5068

Current Institution   Great Meadow

Address   11739 State Route22, P.O. Box 51

Comstock, N.Y,12821-0051

B.      List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   Detective Jim Yong Sim        Shield #  20955

Where Currently Employed   109th Precinct

Address   Flushing New York 11355

Queens County

2015 FEB 23 PM 2:54
SDNY PRO SE OFFICE
RECEIVED

*Rev. 05/2010*                                                           1

Defendant No. 2    Name __Sergeant Benebenti__    Shield # __N/A__
                   Where Currently Employed __109th precint__
                   Address __Flushing New York 11355__
                   __Queens County__

Defendant No. 3    Name __Detective John Doe__    Shield # __N/A__
                   Where Currently Employed __109th Precint__
                   Address __Flushing New York 11355__
                   __Queens County__

Defendant No. 4    Name __John Doe__    Shield # __N/A__
                   Where Currently Employed __109th Precint__
                   Address __Flushing New York 11355__
                   __Queens County__

Defendant No. 5    Name __Detective John Doe__    Shield # __N/A__
                   Where Currently Employed __109th Precint__
                   Address __Flushing New York 11355__
                   __Queens County__

## II.    Statement of Claim:

State as briefly as possible the _facts_ of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what  institution  did  the  events  giving  rise  to  your  claim(s)  occur?
__138-70 Elder Avenue Flushing New York 11355__

B.    Where  in  the  institution  did  the  events  giving  rise  to  your  claim(s)  occur?
__Parking Lot/Garage__

C.    What  date  and  approximate  time  did  the  events  giving  rise  to  your  claim(s)  occur?
__April,25,2013 at or about 8:00 P.M- 8:45P.M__

D.   Facts: On April,25th,2013 at approx. the hours of or about 8:00 pm-8:45pm I was told by #1 Detective John Doe to get down on my knees with my hands in the air. As i complie to the detective order,he placed his fire-arm away and hit me in the face with his knee and punched me, causing extruciating pain,blood,and swelling to my lips.#2 Detective John Doe, that was to my left at the time while i was still on my kness, hit me with a closed fist to the face, causing my vision to be blurred, as i was dizzy from both hits by the Detectives. But I refused to pass-out due to the fear of what would happen to me next because #3 Detective John Doe and Sergeant Benebenti was coming towards my direction with more officers.#3 Detective John Doe Placed his knee on the left side of my face and head while i was throwned to the ground and the other officers continued to kick at my body. I was screaming in pain due to the pressure from #3 Detective John Doe and the kicking from the other officers.Once the handcuffs were on,one of the officers John Doe grabbed my head and scraped it against the pavement, causing the whole left side of my ear, face, and head to bleed.I was screaming in agony and told the officers to stop. Which they didnt.Once on my feet I told Sergeant

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. In the process of my head getting scrape against the pavement I received head,kneck,back, and knee injuries. I was seeking medical attention at Bellevue Hospital and my institutional jail (V.C.B.C), and received pain medication. I have also been affected mentally and emotionally due to this assault.

IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No   X

Benebenti, who did nothing to stop the police brutality used against me,I NEED MEDICAL TREATMENT, he stated NO ASSHOLE. Once at the precint I told Detective Jim Yong Sim Badge #20955, who also did nothing to stop the police brutality used against me,I NEED MEDICAL TREATMENT, he stated NO.I did not receive any medical treatment till i reached my institutional jail Vernon C. Bain Center (V.C.B.C) where I was sent to Bellevue Hospital and received X-Rays for head, kneck,and back. And also treated for my wounds.I had blood all over my face, I had blood and swelling to my lips, I was feeling dizzy, and my back, leg, head, and kneck was in pain.I would also like to point out that this whole attack occurred right in front of the surveilance/security camering located in parking lot/garage of said Residential Building.Which at this point I need authorization to retrieve from said address and building.

<u>Exhibits</u>

1. Medical Record (Bellevue Hospital)
2. Color Photo of Injuries to my face
3. Non-color Photo (Mugshot)(Injuries Still noticeable)
   Upon arrival of the 109th Precint, where Photos were
   taken.





# NY/NJ HIDTA
## MUGSHOT PROFILE

Photo Ref #:        29000017



| | |
|---|---|
| NAME: | SANTOS, JOEL |
| AKA: | |
| SSN: | 0 |
| SID#: | 02688450J |
| FBI#: | |
| USMS#: | |
| | |
| DOB: | 09-27-1991 |
| SEX: | MALE |
| RACE: | BLACK HISPANIC |
| HEIGHT: | 507 |
| WEIGHT: | 150 |
| HAIR COLOR: | BLACK |
| HAIR LENGTH: | SHORT |
| EYE COLOR: | BROWN |
| SMT: | |



| | |
|---|---|
| ADDRESS: | 133-01 SANFORD AVENUE |
| | QUEENS, NEW YORK |
| | 0 |
| | |
| PHONE: | |
| | |
| ARREST#: | Q2013624833 |
| ARREST DATE: | 04-25-2013 |
| AGENCY: | NYPD |
| CHARGE CODE: | PL 1402502 |
| CHARGE DESC: | BURGLARY |

HIDTA          CONFIDENTIAL FOR LAW ENFORCEMENT USE ONLY          4/30/2013

Mon, 10 Jun 13   1009                                    Page  1 of 1

                        Bellevue Hospital Center
                          Chart Review Print

Location        Patient Name          Patient Number   Visit Number   Age   Sex
DIS-TM3 Bed3    Santos,Joel           3556412          3556412-1      21Y   M

                                      Attending Physician       D.O.B.
                                      Wall,Stephen P.           09/27/1991

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 Unscheduled ED Triage Note
vent Time: Sun, 28 Apr 13   0104                     Status: complete

un, 28 Apr 13   0108   Documented by Allison Williams-Eleazer, RN

.ife Saving                : Complete Full Triage Note
ommunication Method        : Direct Communication in English
.estraints                 : No restraints or handcuffs on patient upon
                             arrival to ED.
lode of Arrival            : other
hief Complaint             : DOC Prisoner for evaluation of neck stiffness
                             s/p Assaulted
.ssessment                 : A&Ox3. + bruise to forehead
ast Medical/Surgical Hx    : Past Medical History: None,
edications on Arrival      : No Medications
ast Tetanus                : Unknown
.llergies - Medications    : no known drug allergies
.llergies - Other          : no known allergens
omestic Violence           : Domestic Violence: no
sych Risk Assessment       : None indicated at this time
D Alerts                   : None;
lood Pressure              : 120/79
ulse                       : 60
espirations                : 18
emperature                 : 97.9 F (36.6 C)
emperature Method          : Tympanic
2 Saturation               : 100 %
uspected Infection?        : no
lteration of Mental Status : no
ain Screen                 : Loc:neck Intensity:7 - Severe Pain Scale:Numeric
3I Level                   : 3
eam Assigned               : AES Team 3
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


                    * * * End of Report * * *

Mon, 10 Jun 13  1009                                    Page  1 of 1

Bellevue Hospital Center
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|-------------|----------------|--------------|-----|-----|
| DIS-TM3 Bed3 | Santos,Joel | 3556412 | 3556412-1 | 21Y | M |

Attending Physician          D.O.B.
Wall,Stephen P.              09/27/1991

------------------------------------------------------------------------

Unscheduled ED MD Disposition Note
Event Time: Sun, 28 Apr 13  0551                Status: complete

Sun, 28 Apr 13  0552   Documented by Andrew Oh, MD

ED Attending          : Stephen P. Wall, MD
Provider              : Andrew Oh, MD
Disposition           : Discharged to Home or Self Care
Disposition Date/Time : Sun, 28 Apr 2013  0551
Primary Dx            : Other and unspecified injury to unspecified site
Secondary Dx(s)       : none
Discharge Rx          : none
Focused Med Rec       : Medication Reconciliation Complete. No changes to
                        current medications.
Condition             : Improved
Summary               : 21 yo M DOC presents after alteracation with pain in
                        neck as well as lower back. Neg imaging.
Instructions for Pt   : Please return if you have any numbness or tingling of
                        extremities, any fevers or chills
Discharge Center?     : no
Follow Up             : as needed
DC Report Language    : English
Whiteboard Display    : Patient left ED. Remove from all Whiteboards.
Med Decision Making   : I discussed the case and plan with a Consultant or
                        other health care Provider.
Tests Reviewed        : I have reviewed all labs, ancillary testing, and
                        radiology resulted for this patient prior to
                        disposition.
------------------------------------------------------------------------


* * * End of Report * * *

Mon, 10 Jun 13   1009                                    Page   1 of 6

Bellevue Hospital Center
Chart Review Print

Location         Patient Name              Patient Number   Visit Number   Age    Sex
DIS-TM3 Bed3     Santos,Joel               3556412          3556412-1      21Y    M

                                           Attending Physician       D.O.B.
                                           Wall,Stephen P.           09/27/1991

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Unscheduled ED Assign Team/Location
Event Time: Sun, 28 Apr 13   0114                          Status: complete

Sun, 28 Apr 13   0114   Documented by Angely Diaz, RN

Team    : AES Team 3
Location: Hallway
Nurse   : Angely Diaz, RN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Unscheduled ED Assign Team/Location
Event Time: Sun, 28 Apr 13   0119                          Status: complete

Sun, 28 Apr 13   0119   Documented by Petranka Stoeva, RN

Team    : AES Team 3
Location: Hallway
Nurse   : Angely Diaz, RN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Mon, 10 Jun 13  1009                                    Page  2 of 6

                        Bellevue Hospital Center
                          Chart Review Print

Location        Patient Name        Patient Number   Visit Number   Age   Sex
DIS-TM3 Bed3    Santos,Joel         3556412          3556412-1      21Y   M

                                    Attending Physician      D.O.B.
                                    Wall,Stephen P.          09/27/1991

------------------------------------------------------------------------

 Unscheduled ED RN Initial Assessment
Event Time: Sun, 28 Apr 13  0122                   Status: complete

Sun, 28 Apr 13  0131   Documented by Petranka Stoeva, RN

Vital Signs                     : Vitals recently documented and reviewed
Pain Screen                     : Loc:Neck face Intensity:7 - Severe Pain
                                  Scale:Numeric
ESI Level                       : 3
Chief Complaint                 : DOC Prisoner for evaluation of neck
                                  stiffness s/p Assaulted
Triage Assessment               : A&Ox3. + bruise to forehead
Pre-Hospital Tx                 : None
Focused Assessment              : No apparent distress; Alert and oriented
                                  x3; Vital signs reviewed; pt is a 21 y/o
                                  DOC presented c/o of nech pain and
                                  bruised face.No LOC.Pt assulted outside
                                  at the play area in prison.Swallen upper
                                  lips
Interventions                   : ECG performed and handed to physician;
                                  Labs drawn;
Past Medical/Surgical Hx        : Past Medical History: None,
Medications on Arrival          : No Medications
Last Tetanus                    : Unknown
Allergies - Medications         : no known drug allergies
Allergies - Other               : no known allergens
Med Allergy(ies) Documented/Revw'd?: (Yes) Allergies reviewed or documented
Domestic Violence               : Domestic Violence: no
Psych Risk Assessment           : None indicated at this time
ID Alerts                       : None;
Smoking Status                  : smoker, current status unknown
Preferred Language              : English
Communication Ability           : Able to communicate
Language Used                   : English
------------------------------------------------------------------------

Case 1:15-cv-01732-RRM-RML   Document 2   Filed 02/23/15   Page 12 of 23 PageID #: 14

Bellevue Hospital Center
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-TM3 Bed3 | Santos,Joel | 3556412 | 3556412-1 | 21Y | M |

Attending Physician          D.O.B.
Wall,Stephen P.              09/27/1991

------------------------------------------------------------------------

ED Full Registration
Event Time: Sun, 28 Apr 13  0132                Status: complete

Sun, 28 Apr 13  0132    Documented by Zaida Figueroa

Full Reg Completed?: Yes
------------------------------------------------------------------------
Unscheduled ED Assign Team/Location
Event Time: Sun, 28 Apr 13  0132                Status: complete

Sun, 28 Apr 13  0132    Documented by Zaida Figueroa

Team    : AES Team 3
Location: Hallway
Nurse   : Angely Diaz, RN
------------------------------------------------------------------------
Unscheduled ED Provider Progress-Reassessment
Event Time: Sun, 28 Apr 13  0257                Status: cancelled

Sun, 28 Apr 13  0258    Documented by Andrew Oh, MD

Cancelled because  duplicate entry
------------------------------------------------------------------------

Mon, 10 Jun 13  1009                                    Page  4 of 6

                      Bellevue Hospital Center
                        Chart Review Print

Location        Patient Name          Patient Number   Visit Number   Age   Sex
DIS-TMJ Bed3    Santos,Joel           3556412          3556412-1      21Y   M

                                      Attending Physician        D.O.B.
                                      Wall,Stephen P.            09/27/1991
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Unscheduled ED Provider Initial Note
Event Time: Sun, 28 Apr 13  0540                       Status: complete

Sun, 28 Apr 13  0805   Documented by Stephen P. Wall, MD

Time Patient Seen     : Sun, 28 Apr 2013   0540
Communication Method  : Direct Communication in English
ED Attending          : Stephen P. Wall, MD
Provider              : Andrew Oh, MD
ROS                   : see note
Provider Note         : CC: 21 yo m doc bib police after injuries suffered
                        during police altercation

                        HPI: Pt states he was grabbed and his neck twisted
                        suffering abrasions to head with bloody nose. No loc.
                        Pt complains of neck pain and lower back pain
                        secondary to injury. No blurry vision. No neuro
                        symptoms.

                        PMH: none
                        Meds: none
                        All: NKDA
                        SH: denies

                        PE:
                        Gen: NAD, Aox3
                        HEENT: EOMI, PERRL, no lymphadenopathy, OP clear,
                        abrasions to left temporal and upper lip as well as
                        lower lip, no active bleeding. Dried blood in naries
                        Neck: supple, no masses
                        Heart:s1/s2, rrr no mrg
                        Lungs: cta b/l, good air entry, no wheezing, crackles
                        or rhales
                        Abd: soft, ntnd +BS
                        Ext: +2 radial pulse, no pedal edema

                        NCHCT: neg
                        Ct cspin - neg
                        L spine neg

                        A/P

Case 1:15-cv-01732-RRM-RML   Document 2   Filed 02/23/15   Page 14 of 23 PageID #: 16

Bellevue Hospital Center
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-TM3 Bed3 | Santos,Joel | 3556412 | 3556412-1 | 21Y | M |

Attending Physician        D.O.B.
Wall,Stephen P.            09/27/1991

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Unscheduled ED Provider Initial Note -- cont'd
                    21 yo DOC brought in after suffering altercation with
                    police. Pt notes that he had neck pain as well as
                    lower back pain with no neurological symptoms. Imaging
                    is negative. Will discharge.
N Note Reviewed     : I have reviewed the RN notes and documented any
                      additions in the Provider note field.
rovider Exam        : see note
D Alerts            : None;
ssessment/Plan      : see note
troke/VTE Diagnosis : Other and unspecified injury to unspecified site
ttending Attestation: Pt seen and examined by me. I fully agree with the
                      Resident's assessment, plan and any procedures.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case 1:15-cv-01732-RRM-RML   Document 2   Filed 02/23/15   Page 15 of 23 PageID #: 17

Bellevue Hospital Center
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-TM) Bed3 | Santos,Joel | 3556412 | 3556412-1 | 21Y | M |

Attending Physician         D.O.B.
Wall,Stephen P.             09/27/1991

-------------------------------------------------------------------------------

Unscheduled ED MD Disposition Note
Event Time: Sun, 28 Apr 13  0551                    Status: complete

Sun, 28 Apr 13  0552   Documented by Andrew Oh, MD

| | | |
|---|---|---|
| ED Attending | : | Stephen P. Wall, MD |
| Provider | : | Andrew Oh, MD |
| Disposition | : | Discharged to Home or Self Care |
| Disposition Date/Time | : | Sun, 28 Apr 13   0551 |
| Primary Dx | : | Other and unspecified injury to unspecified site |
| Secondary Dx(s) | : | none |
| Discharge Rx | : | none |
| Focused Med Rec | : | Medication Reconciliation Complete. No changes to current medications. |
| Condition | : | Improved |
| Summary | : | 21 yo M DOC presents after alteracation with pain in neck as well as lower back. Neg imaging. |
| Instructions for Pt | : | Please return if you have any numbness or tingling of extremities, any fevers or chills |
| Discharge Center? | : | no |
| Follow Up | : | as needed |
| OC Report Language | : | English |
| Whiteboard Display | : | Patient left ED. Remove from all Whiteboards. |
| Med Decision Making | : | I discussed the case and plan with a Consultant or other health care Provider. |
| Tests Reviewed | : | I have reviewed all labs, ancillary testing, and radiology resulted for this patient prior to disposition. |

-------------------------------------------------------------------------------
Patient Exit
Event Time: Sun, 28 Apr 13  0552                    Status: complete

Sun, 28 Apr 13  0755   Documented by
-------------------------------------------------------------------------------


* * * End of Report * * *

.0 Jun 13  1011                                              Page  1 of  1

Bellevue Hospital Center
462 First Avenue, New York, NY  10016
Radiology Department

atient: Santos,Joel        MRN-V#: 3556412-1    DOB: 09/27/91  Age: 21Y  Sex: M

ocation: 000 - Adult ER

OS: 28 Apr 13  0517
umbar Spine DX*


ndication: Trauma with low back pain.

UMBAR spine: AP and lateral views.

INDINGS:
ormal alignment.  No acute fracture or dislocation.  No significant
egenerative change.  Sacroiliac joints and sacral arcuate lines are
ormal.
MPRESSION: No fracture.

Read By:  Mark P Bernstein, MD        Verified By: Mark P Bernstein, MD
Date:     04/28/2013

Case 1:15-cv-01732-RRM-RML   Document 2   Filed 02/23/15   Page 17 of 23 PageID #: 19

Bellevue Hospital Center
462 First Avenue, New York, NY  10016
Radiology Department

Patient: Santos,Joel        MRN-V#: 3556412-1   DOB: 09/27/91 Age: 21Y  Sex: M

Location: 000 - Adult ER

DOS: 28 Apr 13  0224
Cervical Spine CT*


Clinical History:  Assault

Technique:  Routine noncontrast multi-detector CT of the cervical
spine with coronal and sagittal reformats.

Comparison: none.

Findings:

The vertebral alignment is within normal limits.  The vertebral body
heights and disc spaces are maintained.  There is no fracture.   The
atlanto-axial articulation is preserved. No prevertebral soft tissue
swelling.   Evaluation of the paraspinal soft tissues is normal. The
lung apices are incompletely evaluated but appear grossly clear.
Impression: No acute injury to the cervical spine.

Read By:  Konstantin Krepkin, MD      Verified By: Mark P Bernstein, MD
Date:     04/28/2013

.0 Jun 13  1011                                                    Page  1 of  1

                        Bellevue Hospital Center
                   462 First Avenue, New York, NY  10016
                          Radiology Department

'atient: Santos,Joel        MRN-V#: 3556412-1   DOB: 09/27/91 Age: 21Y  Sex: M

.ocation: 000 - Adult ER

.OS: 28 Apr 13  0222
.ead CT*


linical indication:  Assault

omparison: None

echnique: CT of the head without intravenous contrast.

indings:

he ventricular system, basal cisterns and cortical sulcal pattern
re within normal limits for the patient's age.   There is no
ompelling evidence of acute infarct, mass effect, midline shift or
xtra-axial collections.   There is no intracranial hemorrhage.

olypoid mucosal thickening of the maxillary sinuses, ethmoid air
ells, and frontal sinuses. The visualized orbits and mastoid air
ells are unremarkable.
mpression:

> acute intracranial injury.


Read By:   Konstantin Krepkin, MD      Verified By: Mark P Bernstein, MD
Date:      04/28/2013

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.       Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

         Yes _____     No _____     Do Not Know _____

C.       Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

         Yes _____     No _____     Do Not Know _____

         If YES, which claim(s)? _____

D.       Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

         Yes _____     No _____

         If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

         Yes _____     No _____

E.       If you did file a grievance, about the events described in this complaint, where did you file the grievance?

         _____

         1.     Which claim(s) in this complaint did you grieve? _____

         _____

         2.     What was the result, if any? _____

         _____

         3.     What steps, if any, did you take to appeal that decision?   Describe all efforts to appeal to the highest level of the grievance process. _____

         _____

         _____

         _____

F.       If you did not file a grievance:

         1.     If there are any reasons why you did not file a grievance, state them here: _____
                Incident occurred inside Residential Building.

                _____

                _____

         2.     If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). ~~My 14th and 8th constitutional rights were violated and I would like the courts to acknowledge this abuse/attack and compesate me with the money amount of $ 5,000,000 due to the fact that I sustained physical injuries and emotional. I feel that even If my physical injuries heal within time my emotional injuries will stay with me for the rest of my life. I no longer feel safe around cops, nor feel I could trust them. Thats the basis for the amount that I am seeking.~~

_____

_____

_____

_____

_____

VI.   Previous lawsuits:

On
these
claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No __x__

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

   2.   Court (if federal court, name the district; if state court, name the county) _____

   3.   Docket or Index number _____

   4.   Name of Judge assigned to your case _____

   5.   Approximate date of filing lawsuit _____

   6.   Is the case still pending?  Yes _____   No _____

      If NO, give the approximate date of disposition _____

   7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in  your  favor?  Was  the  case  appealed?)   _____

      _____

      _____

---

| On other claims |

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

   Yes _____    No _x_

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

   2.   Court (if federal court, name the district; if state court, name the county) _____

   3.   Docket or Index number _____

   4.   Name of Judge assigned to your case _____

   5.   Approximate date of filing lawsuit _____

   6.   Is the case still pending?  Yes _____   No _____

      If NO, give the approximate date of disposition _____

   7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

      _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of January , 20 15

Signature of Plaintiff _____

Inmate Number    14A5068

Institution Address    Great Meadow

    11739 State Route22,P.o 51

    Comstock,N.Y,12821-0051

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 21  day of January , 20 15, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

*Rev. 05/2010*                    7

J. Santos # 14A5068
Great Meadow
P.O. Box 51
Comstock. N.Y. 12821

Great Meadow

☆

Correctional Facility

RECEIVED
SDNY PRO SE OFFICE
2015 FEB 23 P 2: 39



Legal mail

UNITED STATES POSTAGE
$01.82
02 1M
0000800338
MAILED FROM ZIP CODE 12821
FEB 18 2015



United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S, Court house
500 Pearl Street, Room 230
New York. New York, 10007

USM
SDNY